UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DANIEL PUGH** | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-0587** |
| **WARDEN LADREYT** | **SECTION "F"(4)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Findings and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Findings and Recommendation, hereby approves the Findings and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Daniel Pugh's Motion to Reopen the Time to File a Notice of Appeal (Rec. Doc. No. 18) is **GRANTED**.

**IT IS FURTHER ORDERED** that the **Clerk of Court SHALL** file and docket a copy of Pugh's previously filed Notice of Appeal (Rec. Doc. No. 18) as a new Notice of Appeal.

**IT IS FURTHER ORDERED** that this matter be **RETURNED** to the United States Fifth Circuit Court of Appeals for further proceedings.

New Orleans, Louisiana, this ___26th___ day of _____June_____, 2013.

_____
UNITED STATES DISTRICT JUDGE